■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON PHILLIPS, Also Known as JASON HILL, Appellant. [999 NYS2d 533]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Warhit, J.), rendered May 24, 2011, convicting him of attempted robbery in the second degree (two counts) and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the identification evidence supporting his convictions is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hawkins*, 11 NY3d 484, 492 [2008]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, in fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348 [2007]), we nevertheless accord great deference to the factfinder's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Contrary to the defendant's contention, his intent to rob the victim could be inferred from his conduct and the surrounding circumstances (*see People v Bracey*, 41 NY2d 296, 301-302 [1977]; *Matter of Andrew S.*, 177 AD2d 428, 428-429 [1991]). Eng, P.J., Mastro, Roman and Miller, JJ., concur.